Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and TERRY L. CHRISTOPHER. <br><br> Defendants. | Case No. 2:17-CV-00330-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE** <br><br> (First Request) |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant Tuscalante Homeowners' Association (the "HOA"), and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

1. The Parties agree to extend the deadline for Chase to file a response to the HOA's Motion to Dismiss JPMorgan Bank, N.A.'s Complaint (ECF No. 12) to Thursday, June 15, 2017.

2. This is the first request for an extension of time to file a response to the HOA's Motion to Dismiss JPMorgan Bank, N.A.'s Complaint.

DMWEST #16448950 v1

3. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines.

| | |
|---|---|
| Dated: May 26th, 2017 | Dated: May 26th, 2017 |
| BALLARD SPAHR LLP | LEACH JOHNSON SONG & GRUCHOW |
| By: /s/ Holly Ann Priest<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Holly Ann Priest, Esq.<br>Nevada Bar No. 13226<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ T. Chase Pittsenbarger<br>Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for Tuscalante Homeowners' Association* |

Dated: May 26th, 2017

KIM GILBERT EBRON

By: /s/ Diana Cline Ebron
    Diana Cline Ebron, Esq.
    Nevada Bar No. 10580
    Jackie A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Dr., Suite 110
    Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Judge

DATED: May 31, 2017.