1  **UNITED STATES DISTRICT COURT**

2  **DISTRICT OF NEVADA**

3  \*\*\*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>        Defendants. | 2:17-cv-00330-RFB-VCF<br>**<u>ORDER</u>** |

    Defendant SFR Investments Pool 1, LLC has demanded that plaintiff JPMorgan Chase Bank, N.A., an out-of-state resident, post a cost bond under NRS 18.130(1). The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500. Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited. If the bond is not posted within 30 days of the demand, the defendant may move for dismissal. Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system.

    Accordingly, with good cause appearing, IT IS HEREBY ORDERED that SFR's Demand for Security of Costs (ECF No. 14) is GRANTED. In the event that the cost bond is presented for deposit, the CLERK OF COURT is directed to accept the deposit of $500.00 under NRS 18.130 as security for costs and charges that may be awarded against the plaintiff. The plaintiff must bring a copy of this order to the Clerk's office when making this deposit.

IT IS FURTHER ORDERED that this case is stayed by operation of NRS 18.130(1) until the $500 cost bond is deposited.

DATED this 1st day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE