Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and TERRY L. CHRISTOPHER. <br><br> Defendants. | Case No. 2:17-CV-00330-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR TERRY L. CHRISTOPHER TO RESPOND TO COMPLAINT** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant Terry L. Christopher ("Christopher") stipulate to extend the deadline for Christopher to file a response to the Complaint (ECF No. 1) to July 10, 2017.

This is the parties' first request for an extension of this deadline, which is not intended to cause any delay or prejudice to any party. Rather, a brief extension of time of approximately 30 days will allow Christopher, who is not represented by counsel, to decide whether to retain counsel and/or to further investigate Chase's allegations in the Complaint so that Christopher may appropriately respond thereto.

| | |
|---|---|
| Dated: June 16th, 2017<br><br>BALLARD SPAHR LLP<br><br>By: /s/ Abran Vigil<br>    Abran E. Vigil, Esq.<br>    Nevada Bar No. 7548<br>    Maria A. Gall, Esq.<br>    Nevada Bar No. 14200<br>    Holly Ann Priest, Esq.<br>    Nevada Bar No. 13226<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, Nevada 89106<br><br>*Attorneys for JPMorgan Chase Bank, N.A.* | Dated: June 15, 2017<br><br>Terry L. Christopher<br><br>/s/ Terry L. Christopher |

## ORDER

**IT IS SO ORDERED.**

Defendant Terry L. Christopher has up through and until July 10, 2017 to file a response to the Complaint.

Dated 19th day of June, 2017.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

Respectfully submitted by:

BALLARD SPAHR LLP

By: /s/ Maria Gall
    Abran E. Vigil, Esq.
    Nevada Bar No. 7548
    Maria A. Gall, Esq.
    Nevada Bar No. 14200
    Holly Ann Priest, Esq.
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*