STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

Troy K. Flake
Assistant United States Attorney
Nevada State Bar No. XXXX
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: roger.wenthe@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-cv-00330-RFB-VCF |
| Plaintiff, | |
| v. | **MOTION TO APPEAR TELEPHONICALLY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company, et al., | |
| Defendants. | |

The United States Department of Housing and Urban Development (HUD) request that Attorney Troy K. Flake be permitted to appear telephonically at the hearing on the Motion to Extend Time to Respond (ECF # 40) scheduled for 11:00AM, October 6, 2017, in Courtroom 3D. Due to pre-arranged travel, AUSA Flake will be out of the district, but will be available to join telephonically.

Respectfully submitted this 25th day of September 2017.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 9-25-2017

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.