# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | |
| Plaintiff, | |
| vs. | 2:17-cv-00330-RFB-VCF |
| SFR INVESTMENTS POOL 1, LLC, | **ORDER** |
| Defendant. | |

Before the Court are the Disclaimer of Interest (ECF No. 50) and the Notice of Withdrawal and Motion to Vacate Hearing (ECF No. 53).

Accordingly,

IT IS HEREBY ORDERED that the Notice of Withdrawal and Motion to Vacate Hearing (ECF No. 53) is GRANTED. The hearing scheduled for October 6, 2017 is VACATED.

DATED this 2nd day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE