# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JPMORGAN CHASE BANK, N.A., *et al.*,

Plaintiffs,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

Defendants.

2:17-cv-00330-RFB-VCF

**ORDER**

Before the Court is SFR's Motion to Enlarge Time to Serve Summons and Cross-Claim. (ECF No. 46).

**<u>Extension For Service</u>**

Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

SFR asserts that additional time is required to effect service, and asks this court to extend the 4(m) deadline. (ECF No. 46). The counterclaim was filed on July 17, 2017, which makes October 15, 2017 the last day to effectuate service on Cross-Defendant Terry L. Christopher. Fed. R. Civ. P. 4(m).

Given that SFR has demonstrated "good cause" for its failure to effectuate service and has provided support for its request for an extension, the court will extend the 4(m) deadline, up to and including December 12, 2017. *See* Fed. R. Civ. P. 4(m).

Accordingly, and for good cause shown, IT IS HEREBY ORDERED that SFR's Motion to Enlarge Time to Serve Summons and Cross-Claim. (ECF No. 46) is GRANTED.

IT IS FURTHER ORDERED that a copy of the Summons and Complaint must be mailed to Terry L. Christopher at his last known address by certified U.S. Mail, return receipt requested.

IT IS FURTHER ORDERED that the deadline to effect service of process is extended up to and including December 12, 2017 for Terry L. Christopher.

DATED this 13th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE