Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and TERRY L. CHRISTOPHER, <br><br> Defendants. | Case No. 2:17-CV-00330-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE** <br><br> (First Request) |

DMWEST #17437209 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counterclaimant/Cross-Claimant,

vs.

JPMORGAN CHASE BANK, N.A.; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a government agency; TERRY L. CHRISTOPHER, an individual,

Counter-Defendant/Cross-Defendants.

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant/Cross-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Tuscalante Homeowners' Association ("Tuscalante") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to amend the briefing schedules on the Parties' respective Motions for Summary Judgment (ECF Nos. 67, 68 and 70) as follows:

1. Chase filed its Motion for Summary Judgment (ECF No. 67) on January 16, 2018.

2. SFR filed its Motion for Summary Judgment (ECF No. 68) on January 16, 2018.

3. Tuscalante filed its Motion for Summary Judgment (ECF No. 70) on January 16, 2018.

4. Responses to the foregoing Motions for Summary Judgment are currently due February 6, 2018.

5. Replies in support of the foregoing Motions for Summary Judgment are currently due on February 20, 2018.

2

DMWEST #17437209 v1

6. The Parties hereby stipulate that they will have up to and until February 13, 2018 (current due date is February 6, 2018) to file their respective Responses to Motions for Summary Judgment.

7. The Parties further stipulate that they will have up to and until March 6, 2018 (current due date is February 20, 2018) to file their respective Replies in support of the Motions for Summary Judgment.

8. This is the Parties' first request to extend time for these Motions.

9. The Parties agreed to this extension to accommodate the schedules of counsel and to offset necessary delays in briefing related to the Motions.

*[continued on next page]*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

The Parties make this request for a brief extension of time in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: February 2, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Maria A. Gall | By: /s/ Diana S. Ebron |
| Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Dr., Suite 900<br>Las Vegas, Nevada 89106 | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By: /s/ T. Chase Pittsenbarger
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    T. Chase Pittsenbarger, Esq.
    Nevada Bar. No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, Nevada 89148

*Attorneys for Defendant Tuscalante Homeowners' Association*

### ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: February 5, 2018.

4

## CERTIFICATE OF SERVICE

I certify that on February 2, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

I further certify that on February 2, 2018, and pursuant to Federal Rule of Civil Procedure 5, I directed the mailing of true copies of the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE** to the following parties via U.S. Mail at the following addresses:

Terry Christopher
7507 Glowing Moon Court
Las Vegas, Nevada 89128

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP

DMWEST #17437209 v1