Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and TERRY L. CHRISTOPHER, <br><br> Defendants. | Case No. 2:17-CV-00330-RFB-VCF <br><br> **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** <br><br> **(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a government agency; TERRY L. CHRISTOPHER, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

DMWEST #17547913 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Tuscalante Homeowners' Association ("Tuscalante"), through their respective attorneys, stipulate as follows:

1. On January 16, 2018, Chase, SFR, and Tuscalante filed competing motions for summary judgment, each of which stands fully briefed and submitted to the Court. *See* ECF Nos. 67, 68, 70, 74, 75, 76, 77, 78, 79 & 80.

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expenses, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

*[continued on the following page]*

2

DMWEST #17547913 v1

4. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 21, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Maria A. Gall<br>   Abran E. Vigil, Esq.<br>   Nevada Bar. No. 7548<br>   Maria A. Gall, Esq.<br>   Nevada Bar No. 14200<br>   Lindsay C. Demaree, Esq.<br>   Nevada Bar No. 11949<br>   Kyle A. Ewing, Esq.<br>   Nevada Bar. No. 14051<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron<br>   Diana S. Ebron, Esq.<br>   Nevada Bar No. 10580<br>   Jacqueline A. Gilbert, Esq.<br>   Nevada Bar No. 10593<br>   Karen Hanks, Esq.<br>   Nevada Bar No. 9578<br>   7625 Dean Martin Dr., Suite 110<br>   Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By: T. Chase Pittsenbarger
   Sean L. Anderson, Esq.
   Nevada Bar No. 7259
   T. Chase Pittsenbarger, Esq.
   Nevada Bar No. 13740
   8945 West Russell Road, Suite 300
   Las Vegas, Nevada 89148

*Attorneys for Tuscalante Homeowners' Association*

IT IS FURTHER ORDERED that Motion(s) for Summary Judgment, ECF Nos. [67], [68], and [70] are DENIED without prejudice to refiling after stay is lifted.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2018

3

# CERTIFICATE OF SERVICE

I certify that on March 21, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was served via U.S. Mail, postage-prepaid on the following:

**Terry L. Christopher**
7507 Glowing Moon Ct.
Las Vegas, NV 89128

/s/ Mary Kay Carlton
An employee of Ballard Spahr LLP