1  Abran E. Vigil, Esq.
   Nevada Bar No. 7548
2  Maria A. Gall, Esq.
   Nevada Bar No. 14200
3  Lindsay C. Demaree, Esq.
   Nevada Bar No. 11949
4  Kyle A. Ewing, Esq.
   Nevada Bar. No. 14051
5  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
6  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
7  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
8  gallm@ballardspahr.com
   demareel@ballardspahr.com
9  ewingk@ballardspahr.com

10 *Attorneys for JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and TERRY L. CHRISTOPHER, <br><br> Defendants. | Case No. 2:17-CV-00330-RFB-VCF <br><br> **STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., TUSCALANTE HOMEOWNERS' ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 23, 2018** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a government agency; TERRY L. CHRISTOPHER, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

DMWEST #17862917 v2

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Tuscalante Homeowners' Association ("Tuscalante"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 7507 Glowing Moon Court in Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on May 31, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20080213-0000616 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice;

4. As Terry L. Christopher never filed an Answer or other response to the Complaint in this action, Chase hereby voluntarily dismisses its claims against him pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. This Stipulation in no way affects SFR's cross-claim against Terry L. Christopher;

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 13, 2017 pursuant to this Court's Order [ECF No. 18] shall be discharged and released to the Ballard Spahr LLP Trust Account;

7. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instrument Number 20170329-0001385 be, and the same hereby is, EXPUNGED;

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

2

9. The Parties further agree to lift the stay entered March 23, 2018 [ECF No. 82];

10. This case shall remain open until such time that the Court rules on SFR's Motion for Summary Judgment against Terry L. Christopher [ECF No. 68], which no party opposed [ECF No. 75 and 77], who was defaulted on January 17, 2018 [ECF No. 71], and who has not appeared in the case.; and

(*Remainder of Page Intentionally Left Blank*)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17862917 v2

10. Each party in this case number 2:17-cv-00330-RFB-VCF shall bear its own attorneys' fees and costs.

Dated: November 26, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By:/s/ Kyle A. Ewing<br>Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By: T. Chase Pittsenbarger
   Sean L. Anderson, Esq.
   Nevada Bar No. 7259
   T. Chase Pittsenbarger, Esq.
   Nevada Bar No. 13740
   8945 West Russell Road, Suite 300
   Las Vegas, Nevada 89148

*Attorneys for Tuscalante Homeowners' Association*

**IT IS SO ORDERED**:

RICHARD F. BOULWARE, II
United States District Judge
DATED: November 29, 2018.