**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and TERRY L. CHRISTOPHER,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a government agency; and TERRY L. CHRISTOPHER, an individual,<br><br>Counter-/Cross- Defendants. | Case No. 2:17-cv-0330-RFB-VCF<br><br>**ORDER** |

## I.  INTRODUCTION

Before the Court is Cross-Claimant SFR Investments' Motion for Default Judgement against Terry L. Christopher. ECF No. 92. Christopher has not responded to this Motion and has

///

not appeared in this litigation despite having been served. The Clerk of Court entered a default against Christopher on January 17, 2018. ECF No. 71.

## II.     DISCUSSION

The Court finds that a default judgment should issue int his case. The facts as alleged in the complaint shall be taken as true, since a default has been entered in this case. Garamendi v. Henin, 683 F.3d 1069, 1080 (9th Cir. 2012).  In determining whether to grant a motion for a default judgment, courts must consider the factors set forth in Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986). The Court has reviewed the record in this case and agrees with the arguments of SFR as to the application of the factors to this case. These factors support the issuance of a default judgment against Christopher.

The Court further finds, pursuant to the Local Rules, that Christopher has consented to the granting of the Motion by not responding to the Motion. LR 7-2.

## III.     CONCLUSION

**IT IS ORDERED** that Cross-Claimant SFR Investments Pool's Motion for Default Judgment [ECF No. 92] is GRANTED. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED AND DECLARED** that Terry L. Christopher has no right, title, or interest in the property located at 7505 Glowing Moon Court, Las Vegas, Nevada 89178; Parcel No. 176-27-312-127.

**DATED:** September 30, 2020.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**