AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JPMorgan Chase Bank, N.A.,

              Plaintiff,

v.

SFR Investments Pool 1, LLC, et al.,

              Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-00330-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of SFR Investments Pool 1, LLC and against Terry L. Christopher. IT IS FURTHER ORDERED AND DECLARED that Terry L. Christopher has no right, title, or interest in the property located at 7505 Glowing Moon Court, Las Vegas, Nevada 89178; Parcel No. 176-27-312-127.

10/2/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk